**Order entered April 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01295-CV

**LBSP, INC., Appellant**

**V.**

**FOREST DALE, INC., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-10542**

## ORDER

We **GRANT** appellant's April 17, 2015 unopposed motion for leave to file amended brief and **ORDER** the brief tendered to the Clerk of the Court contemporaneously with the motion filed as of the date of this order. Appellee's brief is due no later than May 21, 2015.

/s/    CRAIG STODDART
       JUSTICE